1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation, | Case No.: EDCV13-01365 VAP (OPx) |
| Plaintiff, | **PERMANENT INJUNCTION AND DISMISSAL, WITH PREJUDICE, AS TO DEFENDANT GERALD LEE** |
| v. | |
| MAX BUNHEY, an Individual; GERALD LEE, an Individual; FROZAN NASIRI, an Individual; MICHAEL TAYLOR, an Individual; MEGAN VAN VALKENBURGH, an Individual; and DOES 1-10, Inclusive, | |
| Defendants. | |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction ("Stipulation"), between Plaintiff ADOBE SYSTEMS INCORPORATED ("Plaintiff"), on the one hand, and Defendant GERALD LEE ("Defendant"), on the other hand, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendant as follows:

- 1 -
**[PROPOSED] PERMANENT INJUNCTION AND DISMISSAL, WITH PREJUDICE**

1.   **PERMANENT INJUNCTION.**  Defendant and any person or entity acting in concert with, or at his direction, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which he may exercise control, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* §1116, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

a.   importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that unlawfully uses, or otherwise makes any unlawful use of, any of Plaintiff's Trademarks and Copyrights, which are attached and incorporated by reference hereto as **Exhibits A** and **B** ("Plaintiff's Trademarks and Copyrights"), including but not limited to the ADOBE® and CREATIVE SUITE® marks and works, and/or any Intellectual Property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's Trademarks and Copyrights, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

b.   copying or downloading, other than for personal use of a validly licensed and registered software, any software containing Plaintiff's Trademarks and Copyrights, including but not limited to the ADOBE® and CREATIVE SUITE® marks and works, and/or any Intellectual Property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's Trademarks and Copyrights;

c.   performing or allowing others employed by or representing him, or under his control, to perform any act or thing which is likely to injure Plaintiff, any of Plaintiff's Trademarks and Copyrights, including but not limited

**[PROPOSED] PERMANENT INJUNCTION AND DISMISSAL, WITH PREJUDICE**

to the ADOBE® and CREATIVE SUITE® marks and works, and/or Plaintiff's business reputation or goodwill, including making disparaging, negative, or critical comments regarding Plaintiff or its products;

d.   engaging in any acts of federal and/or state trademark infringement, false designation of origin, unfair competition, dilution, federal copyright infringement, or other act which would tend damage or injure Plaintiff; and/or

e.   using any Internet domain name or website that unlawfully includes any of Plaintiff's Trademarks and Copyrights, including the ADOBE® and CREATIVE SUITE® marks and works.

2.   Defendant is ordered to deliver immediately for destruction all unauthorized products, including counterfeit ADOBE® and/or CREATIVE SUITE® software products and related products, labels, signs, prints, packages, wrappers, receptacles and advertisements relating thereto in his possession or under his control bearing any of Plaintiff's Trademarks and Copyrights, or any intellectual property or simulation, reproduction, counterfeit, copy or colorable imitations thereof, to the extent that any of these items are in Defendant's possession, custody, or control

3.   This Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

4.   The Court finds there is no just reason for delay in entering this Permanent Injunction, and the Court directs immediate entry of this Permanent Injunction against Defendant.

5.   **DISMISSAL**. Upon entry of this Permanent Injunction the case shall be dismissed, with prejudice, in its entirety as to Defendant.

6.   **NO APPEALS AND CONTINUING JURISDICTION.**   No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal.  This Court expressly retains jurisdiction over this matter to

enforce any violation of the terms of this Permanent Injunction.

7.   **NO FEES AND COSTS.**   Each party shall bear its/his own attorneys' fees and costs incurred in this matter.


IT IS SO ORDERED, ADJUDICATED and DECREED this _9th__ day of January, 2014.

_Virginia A. Phillips_

H̄
United States District Judge
Central District of California

**[PROPOSED] PERMANENT INJUNCTION AND DISMISSAL, WITH PREJUDICE**