1

2

3

4                                                              **JS-6**

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11   ADOBE SYSTEMS              )    Case No. EDCV 13-01365-VAP
     INCORPORATED, A DELAWARE   )    (OPx)
12   CORPORATION,               )
                                )    **JUDGMENT**
13               Plaintiff,     )
                                )
14        v.                    )
                                )
15   MAX BUNHEY, AN             )
     INDIVIDUAL; GERALD LEE,    )
16   AN INDIVIDUAL; EROZAN      )
     NASIRI, AN INDIVIDUAL;
17   MICHAEL TAYLOR, AN
     INDIVIDUAL; MEGAN VAN
18   VALKENBURGH, AN
     INDIVIDUAL; AND DOES 1-
19   10, INCLUSIVE,

20               Defendants.
     _____
21

22   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

23        Pursuant to the Order filed herewith, IT IS ORDERED

24   AND ADJUDGED that Judgment is entered in favor of

25   Plaintiff Adobe Systems Inc. against Defendants Max

26   Bunhey and Michael Taylor.  The Court orders that such

27   judgment be entered.

28

Pursuant to this Judgment, Defendant Bunhey is ordered to pay Plaintiff: (1) statutory damages in the amount of 170,000.00; (2) attorneys' fees in the amount of $7,000.00; and (3) costs in the amount of $500.90. Defendant Taylor is ordered to pay Plaintiff: (1) statutory damages in the amount of $64,000.00; (2) attorneys' fees in the amount of $4,240.00; and (3) costs in the amount of $486.80.

Moreover, Defendants Bunhey and Taylor ("Defendants") and any person or entity acting in concert with, or at the direction of, Defendants who receive actual notice of this injunction, are hereby restrained and permanently enjoined from engaging in, directly or indirectly, or authorizing or assisting any third-party to engage in, any of the following activities in the United States of America and throughout the world:

1. Copying, manufacturing, importing, exporting, marketing, offering for sale, selling, distributing or dealing in any product or service that uses, or otherwise makes any use of, any of Adobe's registered trademarks, including ADOBE®, ACROBAT®, AFTEREFFECTS®, AUDITION®, CONTRIBUTE®, CREATIVE SUITE®, DREAMWEAVER®, ENCORE®, FIREWORKS®, FLASH BUILDER®, FLASH CATALYST®, FLASH®, ILLUSTRATOR®, INDESIGN®, LIGHTROOM®, and PHOTOSHOP® or comprised of any of Adobe's copyrighted works including

ACROBAT X PRO©, ADOBE AFTER EFFECT CS5.5©, ADOBE AUDITION CS5.5©, ADOBE CS5.5 MASTER COLLECTION©, ADOBE DREAMWEAVER CS5.5©, ADOBE FIREWORKS CS5©, ADOBE FLASH BUILDER 4.5©, ADOBE FLASH PROFESSIONAL CS5.5©, ADOBE INDESIGN CS5.5©, ADOBE PREMIEREPRO CS5.5©, CONTRIBUTE CS5©, DEVICE CENTRAL©, ILLUSTRATOR©, INDESIGN©, LIGHTROOM©, PHOTOSHOP©, and PHOTOSHOP CS5©, ("Adobe's Trademarks and Copyrights"), and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Adobe's Trademarks and Copyrights, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

2. Copying or downloading, other than for personal use of valid licensed and registered ADOBE®-branded software, any software containing Adobe's Trademarks and Copyrights, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Adobe's Trademarks and Copyrights;

3. Using, in any unauthorized manner whatsoever, any of Adobe's Trademarks and Copyrights, trade name and/or

trade dress including, but not limited to, Adobe's
Trademarks and Copyrights at issue in this action, any
variants, colorable imitations, translations and/or
simulations thereof and/or any items that are confusingly
similar thereto, including specifically:

     i. on or in conjunction with any product or
service; and

     ii. on or in conjunction with any advertising,
promotional materials, labels, packaging, or containers;

   4. Using of any trademark, copyright, trade name, or
trade dress that falsely represents, or is likely to
confuse, mislead or deceive purchasers, customers, or
members of the public to believe that unauthorized
product imported, exported, manufactured, reproduced,
distributed, assembled, acquired, purchased, offered,
sold, transferred, brokered, consigned, distributed,
stored, shipped, marketed, advertised and/or promoted by
Defendants originates from Adobe, or that said
merchandise has been sponsored, approved, licensed by, or
associated with Adobe or is, in some way, connected or
affiliated with Adobe;

   5. Engaging in any conduct that falsely represents or
is likely to confuse, mislead, or deceive purchasers,
customers, or members of the public to believe that
Defendants are connected with, or is in some way

1  sponsored by or affiliated with Adobe, or purchases

2  product from or otherwise has a business relationship

3  with Adobe;

4

5       6. Affixing, applying, annexing, or using in

6  connection with the manufacture, distribution,

7  advertising, sale, and/or offering for sale or other use

8  of any goods, a false description or representation,

9  including words or symbols, tending to falsely describe

10 or represent such goods as being those of Adobe.

11

12

13

14 Dated: April 8, 2014

15              _____
                    VIRGINIA A. PHILLIPS
                United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28